■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWARD B. BROWN, Appellant, against ROSS E. HEROLD, as Assistant Director of Dannemora State Hospital, Respondent.— Application made October 19, 1959, for permission to appeal to the Court of Appeals denied, without costs. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ KARL O. WILHELM, as Administrator of the Estate of KARL A. WILHELM, Deceased, Appellant, v. STATE OF NEW YORK, Respondent. LILLIAN B. TORTORELLA, as Administratrix of the Estate of JOSEPHINE BENI, Deceased, Appellant, v. STATE OF NEW YORK, Respondent. LILLIAN B. TORTORELLA, as Administratrix of the Estate of SAVINO BENI, Deceased, Appellant, v. STATE OF NEW YORK, Respondent. MARION BENI, Appellant, v. STATE OF NEW YORK, Respondent.— Motion for permission to appeal to the Court of Appeals denied, without costs. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS BERNARD O'ROURKE, Appellant.— Application for the issuance of an order to show cause against the District Attorney denied. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.